■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS FLORES, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, Bronx County (Caesar Cirigliano, J.), rendered on or about November 8, 2004, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Sweeny, Catterson and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FOO CHEN, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered on or about June 26, 1997, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Sweeny, Catterson and Malone, JJ.